GILES *v.* GILES, administrator.

LUMPKIN, J. 1. Where a decedent left a small estate estimated at less than five hundred dollars in value, and was survived by a widow and children by a former wife, and after his death, but before the appointment of an administrator, the widow entered into a contract with the children, whereby she received fifty dollars in lieu of any claim upon the estate, including a year's support, if such contract was made without fraud and with knowledge of her rights and of the condition of the

estate, it would operate as a bar to a subsequent application for a year's support.

2. Whether or not the charges complained of were in all respects accurate, they contained no such error as requires a reversal.

*Judgment affirmed. All the Justices concur.*

FEBRUARY 15, 1911.

Year's support. Before Judge Edwards. Douglas superior court. December 21, 1909.

*W. A. James,* for plaintiff.

*Robert & Hutcheson* and *J. S. James,* for defendant.